IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| *In re PNCI Cash Sweep Programs Litigation.* | ) ) ) ) ) ) ) ) ) | 2:24-CV-01295-MJH |

ORDER

Following de novo review, Judge Taylor's Report and Recommendation (ECF No. 106) is rejected in part and adopted in part as set forth in the Opinion (ECF No. 119) as follows:

1. PNCI's Motion to Dismiss (ECF No. 79), Count I, breach of fiduciary duty, Count III, breach of implied covenant of good faith and fair dealing, and Count IV, unjust enrichment, is granted.
2. PNC's Motion to Dismiss, Count II, breach of contract, is denied.
3. Leave to file an Amended Complaint is granted, to the extent facts are available in conjunction with the Report and Recommendation and Opinion as regards Counts III, breach of implied covenant of good faith and faith dealing, and claims against PNC Financial Services Group, Inc.

The matter will be referred back to Magistrate Judge Taylor for further proceedings.

DATED this 11th day of September, 2026.

BY THE COURT:

Marilyn J. Horan

MARILYN J. HORAN
United States District Judge